LENA SCHNEIDER, Appellant, Respondent, v. HARRY SANDLER and SARAH SANDLER, Respondents, Appellants, and LOUIS PERL and Others, Defendants.— This is an action to foreclose two mortgages, one for $11,000, and one for a balance of $3,500. The trial court held that usury was taken on the execution of the $11,000 mortgage, and that the mortgage on which there is $3,500 due was lawful in its inception. He has given judgment for the amount of $3,500 balance, and interest, together with costs. The case involves only a question of fact. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See *post*, p. 920.]

In the Matter of the Application of CORD AGENCY, INC., Petitioner, for a Certiorari Order against LOUIS H. PINK (GEORGE S. VAN SCHAICK), Superintendent of Insurance of the State of New York, Respondent. In the Matter of the Application of MARGARET SMITH, Petitioner, for a Certiorari Order against LOUIS H. PINK (GEORGE S. VAN SCHAICK), Superintendent of Insurance of the State of New York, Respondent. In the Matter of the Application of LOUIS BRICKMAN, Petitioner, for a Certiorari Order against LOUIS H. PINK (GEORGE S. VAN SCHAICK), Superintendent of Insurance of the State of New York, Respondent.— The petitioners received licenses to write surety bonds. The licenses were issued under section 142 of the Insurance Law. Section 554-b of the Code of Criminal Procedure was amended, effective April 21, 1933. Under the amended section these petitioners were required to file a bond of $5,000, to be approved by the Attorney-General as to form and the Superintendent of Insurance as to sufficiency. The petitioners each failed to file the required bond. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.